**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**SONJIA R. PERSONS**                                                   **PLAINTIFF**

**v.**                                        **CASE NO. 4:21-CV-00975-BSM**

**PULASKI COUNTY, ARKANSAS
A Public Body Corporate and Politic**                          **DEFENDANT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed.

IT IS SO ORDERED this 12th day of February, 2024.

_____
UNITED STATES DISTRICT JUDGE